# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| RUBYE L. HARRINGTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIV-14-930-R |
| | ) | |
| OKLAHOMA CITY PUBLIC SCHOOLS, et al., | ) ) | |

## ORDER

This matter comes before the Court on the Motion to Compel, filed by Plaintiff. (Doc. No. 45). Therein Plaintiff seeks to compel Defendants to disclose the names of insurance companies that might have liability for claims in this action. Defendant Independent School District No. 89 of Oklahoma County, Oklahoma, and its employee Defendants responded in opposition to the motion because Plaintiff's request for discovery is premature. For the reasons set forth herein, Plaintiff's Motion to Compel is hereby DENIED.

As noted by the Defendants who filed a response to the motion, their initial disclosures, which would include the information Plaintiff seeks to compel, will not be due until the time set forth in Federal Rule of Civil 26(a)(1)(C). As such, Plaintiff is not entitled to compel production of this information at this time. Furthermore, Plaintiff will not be entitled, at any time, to insurance information regarding counsel for the Defendants.

IT IS SO ORDERED this 6th day of January, 2015.

*David L. Russell*
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE