# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RUBYE L. HARRINGTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CIV-14-930-R |
| | ) |
| OKLAHOMA CITY PUBLIC | ) |
| SCHOOLS, et al., | ) |

## JUDGMENT

Judgment is hereby entered in favor of the Defendants.

ENTERED this 12th day of May, 2015.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE